

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00009-CR

Kevin **ODELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR10875
Honorable Maria Teresa Herr, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  March 6, 2013

DISMISSED FOR LACK OF JURISDICTION

On January 31, 2011, appellant Kevin Odell pled nolo contendere to the offense of driving while intoxicated and was sentenced to eight years in prison and a fine of $2000.00. Odell's sentence was suspended, and he was placed on community supervision for eight years. Subsequently, the State filed a motion to revoke Odell's community supervision. On December 12, 2012, the trial court signed an order modifying the terms of Odell's community supervision. On December 31, 2012, Odell filed a notice of appeal.

No appeal is permitted from an order modifying the terms of community supervision. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977). Because no appeal is permitted from an order modifying the terms of community supervision, we ordered Odell to show cause why this appeal should not be dismissed for lack of jurisdiction. Odell has filed a response in which he agrees this appeal must be dismissed for lack of jurisdiction. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

Do not publish